# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re: BROWN, PORSHA KENYATTE § Case No. 2:17-10726-DPC
BROWN, AARON ALEXANDER §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JILL H. FORD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $27,998.00        Assets Exempt: $11,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,603.45     Claims Discharged
                                               Without Payment: $276,401.10

Total Expenses of Administration: $1,579.16

3) Total gross receipts of $ 7,182.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,182.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,579.16 | 1,579.16 | 1,579.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,200.00 | 788.01 | 788.01 | 788.01 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 136,611.24 | 235,546.54 | 235,546.54 | 4,815.44 |
| **TOTAL DISBURSEMENTS** | $138,811.24 | $237,913.71 | $237,913.71 | $7,182.61 |

4) This case was originally filed under Chapter 7 on September 12, 2017. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/20/2019         By: /s/JILL H. FORD
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCOUNT AT BANK OF AMERICA (5809) | 1229-000 | 85.91 |
| 2017 FEDERAL TAX REFUND - WIFE | 1224-000 | 239.62 |
| 2017 STATE TAX REFUND - WIFE | 1224-000 | 17.47 |
| WAGES | 1229-000 | 406.20 |
| 2017 FEDERAL TAX REFUND - HUSBAND | 1224-000 | 6,433.41 |
| **TOTAL GROSS RECEIPTS** | | **$7,182.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JILL H. FORD | 2100-000 | N/A | 1,468.26 | 1,468.26 | 1,468.26 |
| Trustee Expenses - JILL H. FORD | 2200-000 | N/A | 48.03 | 48.03 | 48.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.33 | 11.33 | 11.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.95 | 10.95 | 10.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.59 | 10.59 | 10.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,579.16 | $1,579.16 | $1,579.16 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | ARIONA DEPARTMENT OF REVENUE | 5800-000 | N/A | 788.01 | 788.01 | 788.01 |
| NOTFILED | Wisconsin Department of Revenue | 5200-000 | 2,200.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,200.00 | $788.01 | $788.01 | $788.01 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AZ DEPARTMENT OF ECONOMIC SECURITY | 7100-000 | 1,000.00 | 474.00 | 474.00 | 9.69 |
| 2 | CASH TIME TITLE LOANS, INC. | 7100-000 | N/A | 3,748.21 | 3,748.21 | 76.64 |
| 3 | KJK Financial, Inc.,dba Equity Auto Finance | 7100-000 | N/A | 14,031.30 | 14,031.30 | 286.91 |
| 4 | Nelnet | 7100-000 | N/A | 4,744.08 | 4,744.08 | 97.01 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,076.26 | 1,076.26 | 22.01 |
| 6 -2 | Navient Solutions, LLC | 7100-000 | 27,678.00 | 26,286.40 | 26,286.40 | 537.50 |
| 7 -2 | Navient Solutions, LLC on behalf of | 7100-000 | N/A | 28,715.08 | 28,715.08 | 587.17 |
| 8 -2 | Navient Solutions, LLC on behalf of | 7100-000 | 19,296.00 | 91,223.44 | 91,223.44 | 1,865.34 |
| 9 -2 | Navient Solutions, LLC on behalf of | 7100-000 | N/A | 7,835.73 | 7,835.73 | 160.22 |
| 10 -2 | Navient Solutions, LLC | 7100-000 | 17,117.00 | 38,114.22 | 38,114.22 | 779.36 |
| 13 | AmeriCredit Financial Services, Inc., dba GM Finan | 7100-000 | 18,050.24 | 11,906.39 | 11,906.39 | 243.46 |
| 14 | Speedy/Rapid Cash | 7100-000 | N/A | 295.14 | 295.14 | 6.04 |
| 15 | Wisconsin Department of Revenue | 7100-000 | 10,000.00 | 6,288.09 | 6,288.09 | 128.58 |
| 16 | MERRICK BANK | 7100-000 | N/A | 758.62 | 758.62 | 15.51 |
| 17 | ARIONA DEPARTMENT OF REVENUE | 7300-000 | N/A | 49.58 | 49.58 | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 13,310.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 5,015.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 883.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 1,403.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 1,476.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 1,694.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 4,757.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 2,772.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 3,036.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 2,266.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 2,826.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 1,645.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 1,764.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept of Education/Navient | 7100-000 | 413.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $136,611.24 | $235,546.54 | $235,546.54 | $4,815.44 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 2:17-10726-DPC  **Trustee:** (240340) JILL H. FORD
**Case Name:** BROWN, PORSHA KENYATTE  **Filed (f) or Converted (c):** 09/12/17 (f)
BROWN, AARON ALEXANDER  **§341(a) Meeting Date:** 10/17/17
**Period Ending:** 03/20/19  **Claims Bar Date:** 06/19/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2003 CHEVY MONTE CARLO | 1,598.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS | 2,200.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 5 | CHECKING ACCOUNT AT BANK OF AMERICA (5799) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | CHECKING ACCOUNT AT BANK OF AMERICA (5809) (u) | Unknown | 85.91 | | 85.91 | FA |
| 7 | DEBIT ACCOUNT AT NETSPEND | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 401(K) ACCOUNT | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | INSURANCE | 20,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2015 CHEVY MALIBU (u) (See Footnote) | Unknown | 0.00 | OA | 0.00 | FA |
| 11 | 2017 FEDERAL TAX REFUND - WIFE (u) | Unknown | 239.62 | | 239.62 | FA |
| 12 | 2017 STATE TAX REFUND - WIFE (u) | Unknown | 17.47 | | 17.47 | FA |
| 13 | WAGES (u) | Unknown | 406.20 | | 406.20 | FA |
| 14 | 2017 FEDERAL TAX REFUND - HUSBAND (u) | Unknown | 6,433.41 | | 6,433.41 | FA |
| 15 | 2017 STATE TAX REFUND - HUSBAND (u) (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$27,998.00** | **$7,182.61** | | **$7,182.61** | **$0.00** |

RE PROP# 10   LISTED ON "D"
             LIEN FROM MOTION FOR RELIEF
RE PROP# 15   TAXES ARE OWED

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 2:17-10726-DPC | **Trustee:** | (240340) JILL H. FORD |
| **Case Name:** BROWN, PORSHA KENYATTE | **Filed (f) or Converted (c):** | 09/12/17 (f) |
| BROWN, AARON ALEXANDER | **§341(a) Meeting Date:** | 10/17/17 |
| **Period Ending:** 03/20/19 | **Claims Bar Date:** | 06/19/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** November 13, 2018     **Current Projected Date Of Final Report (TFR):** September 25, 2018 (Actual)

Exhibit 9
Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 2:17-10726-DPC | | Trustee: | JILL H. FORD (240340) |
| Case Name: | BROWN, PORSHA KENYATTE | | Bank Name: | Rabobank, N.A. |
| | BROWN, AARON ALEXANDER | | Account: | ******1266 - Checking Account |
| Taxpayer ID #: | **-***6133 | | Blanket Bond: | $25,304,895.00 (per case limit) |
| Period Ending: | 03/20/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/16/18 | | UNITED STATES TREASURY | 2017 FEDERAL TAX REFUND-WIFE | | 343.00 | | 343.00 |
| | {11} | | 239.62 | 1224-000 | | | 343.00 |
| | {13} | | 103.38 | 1229-000 | | | 343.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 333.00 |
| 04/02/18 | {14} | AARON BROWN | 2017 TAX REFUNDS | 1224-000 | 1,839.00 | | 2,172.00 |
| 04/02/18 | {14} | AARON BROWN | 2017 TAX REFUNDS | 1224-000 | 2,000.00 | | 4,172.00 |
| 04/02/18 | {14} | AARON BROWN | 2017 TAX REFUNDS | 1224-000 | 1,161.00 | | 5,333.00 |
| 04/02/18 | | AARON BROWN | 2017 TAX REFUNDS | | 1,839.61 | | 7,172.61 |
| | {14} | | 1,433.41 | 1224-000 | | | 7,172.61 |
| | {13} | | 302.82 | 1229-000 | | | 7,172.61 |
| | {12} | | 17.47 | 1224-000 | | | 7,172.61 |
| | {6} | | 85.91 | 1229-000 | | | 7,172.61 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,162.61 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.33 | 7,151.28 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,141.28 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.95 | 7,130.33 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.59 | 7,119.74 |
| 11/21/18 | 101 | JILL H. FORD | Dividend paid 100.00% on $1,468.26, Trustee Compensation; Reference: | 2100-000 | | 1,468.26 | 5,651.48 |
| 11/21/18 | 102 | JILL H. FORD | Dividend paid 100.00% on $48.03, Trustee Expenses; Reference: | 2200-000 | | 48.03 | 5,603.45 |
| 11/21/18 | 103 | ARIONA DEPARTMENT OF REVENUE | Dividend paid 100.00% on $788.01; Claim# 17; Filed: $788.01; Reference: 6549 | 5800-000 | | 788.01 | 4,815.44 |
| 11/21/18 | 104 | AZ DEPARTMENT OF ECONOMIC SECURITY | Dividend paid 2.04% on $474.00; Claim# 1; Filed: $474.00; Reference: 7304 | 7100-000 | | 9.69 | 4,805.75 |
| 11/21/18 | 105 | CASH TIME TITLE LOANS, INC. | Dividend paid 2.04% on $3,748.21; Claim# 2; Filed: $3,748.21; Reference: 667P | 7100-000 | | 76.64 | 4,729.11 |
| 11/21/18 | 106 | KJK Financial, Inc.,dba Equity Auto Finance | Dividend paid 2.04% on $14,031.30; Claim# 3; Filed: $14,031.30; Reference: 7304 | 7100-000 | | 286.91 | 4,442.20 |
| 11/21/18 | 107 | Nelnet | Dividend paid 2.04% on $4,744.08; Claim# 4; Filed: $4,744.08; Reference: 7304 | 7100-000 | | 97.01 | 4,345.19 |
| 11/21/18 | 108 | Capital One Bank (USA), N.A. | Dividend paid 2.04% on $1,076.26; Claim# 5; Filed: $1,076.26; Reference: 3113 Stopped on 02/21/19 | 7100-000 | | 22.01 | 4,323.18 |
| 11/21/18 | 109 | Navient Solutions, LLC | Dividend paid 2.04% on $26,286.40; Claim# 6-2; Filed: $26,286.40; Reference: 7304 | 7100-000 | | 537.50 | 3,785.68 |
| 11/21/18 | 110 | Navient Solutions, LLC on behalf of | Dividend paid 2.04% on $28,715.08; Claim# 7-2; Filed: $28,715.08; Reference: 7304 | 7100-000 | | 587.17 | 3,198.51 |

Subtotals: $7,182.61  $3,984.10

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 2:17-10726-DPC | **Trustee:** JILL H. FORD (240340) |
| **Case Name:** BROWN, PORSHA KENYATTE | **Bank Name:** Rabobank, N.A. |
| BROWN, AARON ALEXANDER | **Account:** ******1266 - Checking Account |
| **Taxpayer ID #:** **-***6133 | **Blanket Bond:** $25,304,895.00 (per case limit) |
| **Period Ending:** 03/20/19 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/21/18 | 111 | Navient Solutions, LLC on behalf of | Dividend paid 2.04% on $91,223.44; Claim# 8 -2; Filed: $91,223.44; Reference: 7304 | 7100-000 | | 1,865.34 | 1,333.17 |
| 11/21/18 | 112 | Navient Solutions, LLC on behalf of | Dividend paid 2.04% on $7,835.73; Claim# 9 -2; Filed: $7,835.73; Reference: 6549 | 7100-000 | | 160.22 | 1,172.95 |
| 11/21/18 | 113 | Navient Solutions, LLC | Dividend paid 2.04% on $38,114.22; Claim# 10 -2; Filed: $38,114.22; Reference: 6549 | 7100-000 | | 779.36 | 393.59 |
| 11/21/18 | 114 | AmeriCredit Financial Services, Inc., dba GM Finan | Dividend paid 2.04% on $11,906.39; Claim# 13; Filed: $11,906.39; Reference: 4858 | 7100-000 | | 243.46 | 150.13 |
| 11/21/18 | 115 | Speedy/Rapid Cash | Dividend paid 2.04% on $295.14; Claim# 14; Filed: $295.14; Reference: 7304 | 7100-000 | | 6.04 | 144.09 |
| 11/21/18 | 116 | Wisconsin Department of Revenue | Dividend paid 2.04% on $6,288.09; Claim# 15; Filed: $6,288.09; Reference: 2317 | 7100-000 | | 128.58 | 15.51 |
| 11/21/18 | 117 | MERRICK BANK | Dividend paid 2.04% on $758.62; Claim# 16; Filed: $758.62; Reference: 4670 | 7100-000 | | 15.51 | 0.00 |
| 02/21/19 | 108 | Capital One Bank (USA), N.A. | Dividend paid 2.04% on $1,076.26; Claim# 5; Filed: $1,076.26; Reference: 3113 Stopped: check issued on 11/21/18 | 7100-000 | | -22.01 | 22.01 |
| 02/21/19 | 118 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS CLAIM 5 | 7100-000 | | 22.01 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7,182.61 | 7,182.61 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 7,182.61 | 7,182.61 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,182.61** | **$7,182.61** | |

Net Receipts : 7,182.61

Net Estate : $7,182.61

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1266 | 7,182.61 | 7,182.61 | 0.00 |
| | $7,182.61 | $7,182.61 | $0.00 |